UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:08-M-1118

FILED
OCT 7 2010
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES OF AMERICA )
)
v. ) ORDER
)
KAYLA LYNN FERGUSON )

The Government's motion is hereby granted. The case is dismissed.

10-7-2010
DATE:

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE